FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2005 AUG 25 AM 10: 21
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DANIEL HOWARD, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO.: CV504-014
)
CORRECTIONS CORPORATION )
OF AMERICA, d/b/a COFFEE )
CORRECTIONAL FACILITY; )
PATRICIA HICKS, Warden; )
State Monitor DAN STONE; Capt. )
SANDRA WHITE; Correctional )
Officer THOMAS and Correctional )
Officer SEXTON, )
)
    Defendants. )

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that he exhausted his administrative remedies in an untimely manner but does not object to the Magistrate Judge's recommendation that his complaint be dismissed. Plaintiff's assertion that he exhausted his administrative remedies, though outside of the established time limits, is unavailing. "[T]he PLRA's exhaustion requirement does contain a procedural default component: Prisoners must timely meet the deadlines or the good cause standard of Georgia's administrative grievance procedures before filing a federal claim." Johnson v. Meadows, ___ F.3d ___, 2005 WL 1718602, at *6 (11th Cir. July 26, 2005). Plaintiff admittedly did not meet the deadline requirement for filing a timely

AO 72A
(Rev. 8/82)

grievance or the good cause standard, as established by the Georgia Department of Corrections. The Court declines to adopt Plaintiff's suggestion that the dismissal of his case be based on the conditions he sets forth in his Objections.

The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Defendants' Motion for Summary Judgment (Doc. No. 50) is **GRANTED**. Plaintiff's Complaint is **DISMISSED**, without prejudice, due to Plaintiff's failure to exhaust his available administrative remedies prior to filing his complaint. The Clerk is hereby authorized and directed to enter the appropriate Judgment of Dismissal.

**SO ORDERED**, this 25th day of August, 2005.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## *Southern District of Georgia*

Daniel Howard  
_____ )  

vs                     )  CASE NUMBER  CV504-114  

Corrections Corp. of America, et al.  
_____ )  DIVISION  WAYCROSS  

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/25/05 , which is part of the official record of this case.

Date of Mailing: 8/25/05

Date of Certificate  [X] same date,  or  _____

Scott L. Poff, Clerk

By: _____  
Deputy Clerk

**Name and Address**

Stephen E. Curry, Curry Law Firm, 1 George C. Wilson Ct., STE B, Augusta, GA 30909-6593  
Daniel Howard, EF360396, Coffee Correctional Facility, P.O. Box 650, Nicholls, GA 31554  
Horace Knight, 14855, Bostick State Prison, P.O. Box 1700, Hardwick, GA 31034

☐ Copy placed in Minutes  
[X] Copy given to Judge  
☐ Copy given to Magistrate